Form G-2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                )
We'll Clean Incorporated              )        Case No. 24-00151
                                      )
                                      )        Chapter 7
                                      )
                                      )
                    Debtor(s)         )

### Certification of Relatedness

The undersigned attorney certifies that:

1.  _1___ cases are being filed under Chapter 7    that are related to each other, related to
    case(s) now pending, or both.

2.  The cases are related because:

    [ ] the debtors are husband and wife; or
    [ ] the debtor was a debtor in a previous case under Chapter 11; or
    [✓] the cases involve persons or entities that are affiliates as defined in §101(2) of the
        Bankruptcy Code.

3.  List of related bankruptcy case number(s) and case name(s):

    David Launius, 22-00037 in this Court, is an affiliate of the Debtor.
    _____
    _____
    _____
    _____
    _____
    _____
    _____

Date of certification: _1/5/2024_____    Attorney's Signature:  _/s/ William J. Factor_____

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam