UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-00151 |
| We'll Clean Incorporated, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM STAY

THIS CAUSE coming on to be heard on the motion of the Aja Carr Favors, Trustee, to modify the automatic stay, due notice having been given and the Court being advised in the premises. IT IS HEREBY ORDERED that:

1) The motion is granted as set forth herein.

2) The automatic stay is modified to the extent necessary to permit case number 2018-L-10916 to proceed up to the entry of a final judgment of liability of all parties therein.

3) The enforcement of any judgment against the Bankruptcy Estate, including property of the Bankruptcy Estate, is subject to further order of this Court;

4) The stay of enforcement of this Order pursuant to Bankruptcy Rule 4001(a)(3) is waived and this Order is immediately enforceable.

Enter: *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 16, 2024

**Prepared by:**

William J. Factor (6205675)
Lars A. Peterson (6293551)
FACTORLAW
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel: (312) 967-8840
Email: lpeterson@wfactorlaw.com